The Honorable Ronald B. Leighton

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

KIRK WALD, an individual,

                            Plaintiff,

vs.

PFIZER INC., a Delaware corporation,

                            Defendant.

**Case No. 08-cv–05353 RBL**

**Stipulation for and Order of Partial Dismissal of Fraudulent/Negligent Misrepresentation and Outrage (Common law Infliction of Emotional Distress)**

## I.  STIPULATION

Plaintiff, Kirk Wald and defendant, Pfizer Inc. by and through counsel, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, stipulate that Plaintiff's claims of Fraudulent/Negligent Misrepresentation and Outrage (Paragraphs 10.1 through 11.5 in the Amended Complaint) in the above action are voluntarily dismissed.

Stipulation for and Order of Partial Dismissal - 1

**GORDON EDMUNDS ELDER PLLC**
1200 112th Avenue NE; Suite C110
Bellevue, WA  98004-3737
Telephone: (425) 454-3313
Facsimile: (425) 646-4326

Dated this 21st day of June, 2009.

| GORDON EDMUNDS ELDER, PLLC | JACKSON LEWIS LLP |
|---|---|
| By: /s/ | By: /s/ |
|    Wesley Edmunds, Jr. WSBA #7112 |    Karen P. Kruse, WSBA #19857 |
|    1200 112th Avenue NE, Suite C110 |    Michael A. Griffin, WSBA #29103 |
|    Bellevue, WA 98004 |    Gina D. Wolverton, WSBA #35738 |
|    425-454-3313 |    600 University Street, Suite 2900 |
|    wedmunds@gee-law.com |    Seattle, WA 98101 |
| |    206-405-0404 |
|    Attorneys for Plaintiff |    206-405-4450 |
| |    krusek@jacksonlewis.com |
| |    griffinm@jacksonlewis.com |
| |    wolvertong@jacksonlewis.com |
| | |
| |    Attorneys for Defendant |

Stipulation for and Order of Partial Dismissal - 2

## II. ORDER

THIS MATTER having come on for hearing before the undersigned Judge of the above-entitled Court, upon the Stipulation of the Plaintiff and the Defendant, and the Court being fully advised of the facts herein, it is hereby

ORDERED, ADJUDGED AND DECREED that Plaintiff's claims of Fraudulent/ Negligent Misrepresentation and Outrage in the above action are voluntarily dismissed.

DONE IN OPEN COURT this 1st day of July, 2009.

*/s/ Ronald B. Leighton*

RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

Presented by:

| GORDON EDMUNDS ELDER, PLLC | JACKSON LEWIS LLP |
|---|---|
| By: /s/ | By: /s/ |
| Wesley Edmunds, Jr. WSBA #7112 | Karen P. Kruse, WSBA #19857 |
| 1200 112th Avenue NE, Suite C110 | Michael A. Griffin, WSBA #29103 |
| Bellevue, WA 98004 | Gina D. Wolverton, WSBA #35738 |
| 425-454-3313 | 600 University Street, Suite 2900 |
| wedmunds@gee-law.com | Seattle, WA 98101 |
| | 206-405-0404 |
| Attorney for Plaintiff | krusek@jacksonlewis.com |
| | griffinm@jacksonlewis.com |
| | wolvertong@jacksonlewis.com |
| | Attorneys for Defendant |

Stipulation for and Order of Partial Dismissal - 3