THE HONORABLE RONALD B. LEIGHTON

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | | |
|---|---|---|
| KIRK WALD, an individual, | ) | **Case No. 3:08-cv-05353-RBL** |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | |
| | ) | |
| PFIZER, INC., a Delaware corporation, | ) | **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |
| | ) | |
| Defendant. | ) | |
| | ) | **[Clerk's Action Required]** |
| | ) | |

## STIPULATION

It is hereby stipulated between the parties, through their undersigned counsel of record, that Plaintiff's claims in this action should be dismissed with prejudice and without fees or costs to either party, and that judgment of dismissal may be entered accordingly.

RESPECTFULLY SUBMITTED this 31st day of December, 2009.

/ / / / /

/ / / /

/ /

/

STIPULATION AND [PROPOSED]
ORDER OF DISMISSAL WITH PREJUDICE - 1
(Case No. 3:08-cv-05353-RBL)

**Jackson Lewis LLP**
One Union Square
600 University Street, Suite 2900
Seattle, Washington 98101
(206) 405-0404

| | |
|---|---|
| JACKSON LEWIS LLP | GORDON EDMUNDS ELDER, PLLC |
| By:    s/ Karen P. Kruse<br>Karen P. Kruse, WSBA #19857<br>One Union Square<br>600 University Street, Suite 2900<br>Seattle, WA 98101<br>Telephone: (206) 405-0404<br>Fax: (206) 405-4450<br>E-mail: krusek@jacksonlewis.com<br>Attorneys for Defendant | By:    s/ Wesley Edmunds<br>Wesley Edmunds, WSBA #7112<br>1200 112th Avenue NE, Suite C110<br>Bellevue, WA 98004<br>Telephone: (425) 454-3313<br>Facsimile: (425) 646-4326<br>E-mail: wedmunds@gee-law.com<br>Attorneys for Plaintiff |

## ORDER OF DISMISSAL

Based upon the foregoing stipulation of the parties, it is hereby ORDERED that that Plaintiff's claims in this action are hereby DISMISSED WITH PREJUDICE, without fees or costs to any party. The Clerk of the Court is directed to enter final judgment of DISMISSAL WITH PREJUDICE and without costs.

IT IS SO ORDERED this 8th day of January, 2010.

_____
RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

| | |
|---|---|
| Presented by: | Approved as to Form; Notice of Presentation Waived: |
| JACKSON LEWIS LLP | GORDON EDMUNDS ELDER, PLLC |
| By:    s/ Karen P. Kruse<br>Karen P. Kruse, WSBA #19857<br>One Union Square<br>600 University Street, Suite 2900<br>Seattle, WA 98101<br>Telephone: (206) 405-0404<br>Fax: (206) 405-4450<br>E-mail: krusek@jacksonlewis.com<br>Attorneys for Defendant | By:    s/ Wesley Edmunds<br>Wesley Edmunds, WSBA #7112<br>1200 112th Avenue NE, Suite C110<br>Bellevue, WA 98004<br>Telephone: (425) 454-3313<br>Facsimile: (425) 646-4326<br>E-mail: wedmunds@gee-law.com<br>Attorneys for Plaintiff |

STIPULATION AND [PROPOSED]
ORDER OF DISMISSAL WITH PREJUDICE - 2
(Case No. 3:08-cv-05353-RBL)

**Jackson Lewis LLP**
One Union Square
600 University Street, Suite 2900
Seattle, Washington 98101
(206) 405-0404

# DECLARATION OF SERVICE

The undersigned declares under penalty of perjury under the laws of the United States of America and hereby certifies that on this day, a true and accurate copy of the document to which this declaration is affixed was filed with the Clerk of the Court using the CM/ECF System, which will send notification of such filing to the following:

Wesley Edmunds, WSBA #7112
Gordon Edmunds Elder, PLLC
1200 112th Avenue NE, Suite C110
Bellevue, WA 98004
Telephone: (425) 454-3313
Facsimile: (425) 646-4326
E-mail: wedmunds@gee-law.com

DATED this 8th day of January, 2010.

_____
Deborah A. Hatstat

STIPULATION AND [PROPOSED]
ORDER OF DISMISSAL WITH PREJUDICE - 3
(Case No. 3:08-cv-05353-RBL)

**Jackson Lewis LLP**
One Union Square
600 University Street, Suite 2900
Seattle, Washington 98101
(206) 405-0404